THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS MULVEY, Appellant, *v.* BERNARD J. YORK et al., Police Commissioners, Composing the Police Board of the City of New York, Respondents.

*People ex rel. Mulvey* v. *York*, 35 App. Div. 633, affirmed.
(Argued January 11, 1899; decided January 31, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 29, 1898, affirming an order of Special Term denying a motion for a peremptory writ of mandamus requiring the police board of the city of New York to recognize relator as a captain on the police force and to pay him as such.

*James C. Church* for appellant.

*William J. Carr* and *John Whalen* for respondents.

Order affirmed, with costs; no opinion.
All concur.

---

In the Matter of the Appraisal of the Property of ERASTUS S. EDGERTON, Deceased, under the Act in Relation to Taxable Transfers of Property.

THE COUNTY TREASURER OF DELAWARE COUNTY, Appellant; DELOS A. MONFORT, as Administrator, et al., Respondents.

*Matter of Edgerton*, 35 App. Div. 125, affirmed.
(Argued January 11, 1899; decided January 31, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, made November 16, 1898, affirming an order of the surrogate of Delaware county adjusting a transfer tax.

*Emmet R. Olcott* for appellant.

*William B. Hornblower, Howard A. Taylor* and *Lewis B. Woodruff* for respondents.

Order affirmed, with costs; no opinion.
All concur.